No. 157. Sein, Peticionario, *v.* Domenech, Comisionado del Interior, Demandado.—*Mandamus.* Noviembre 21, 1916. *Sin lugar la solicitud.*

———

No. 1085. El Pueblo, Apelado, *v.* Antongiorgi, Apelante.—Acometimiento y agresión con circunstancias agravantes. Ponce. Noviembre 23, 1916. *Confirmada la sentencia.*

———

No. 1098. El Pueblo, Apelado, *v.* Burgos, Apelante.— Acometimiento y agresión. Humacao. Noviembre 27, 1916. *Confirmada la sentencia.*

———

No. 1581. Coll, Apelado, *v.* De la Cruz, Apelante.—Cobro de dinero. Ponce. Diciembre 4, 1916. *Desestimada la apelación.*

———

No. 1584. Manrique de Lara, Apelada, *v.* Garrossi, Apelante.—Nuevo juicio y moción de traslado en pleito de divorcio. Ponce. Diciembre 4, 1916. *Desistida la apelación.*

———

No. 1590. Nadal, Apelada, *v.* Mary et al., Apelantes.— Cobro de pesos. Mayagüez. Diciembre 5, 1916. *Desestimada la apelación.*

———

No. 1591. Fernández, Apelante, *v.* Geyls et al., Apelados.—Cobro de dinero. San Juan, Sección Segunda. Diciembre 11, 1916. *Desistida la apelación.*